UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              Case No.:  19-21356 JKS

ALTAGRACIA FERMIN, Debtor(s).                       Chapter 7

                                                    Judge:  John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on *October 22, 2019 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3D. *(Hearing date must be at least 28 days from the date of this notice).*  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property:  250 Maple Street, Kearny, NJ

Value of property:  $ 315,000

Less about 10% costs of sale:  $ 31,500

Liens on property:  $ 598,355

Amount of equity claimed as exempt:  $ 0

Objections must be served on, and requests for additional information directed to:

Name:        Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC

Address:     101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:   973.267.0220