UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Case No.: 19-21356 JKS

ALTAGRACIA FERMIN, Debtor(s).  Chapter 7

Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on *October 22, 2019 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3D. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: 250 Maple Street, Kearny, NJ

Value of property: $ 315,000

Less about 10% costs of sale: $ 31,500

Liens on property: $ 598,355

Amount of equity claimed as exempt: $ 0

Objections must be served on, and requests for additional information directed to:

Name:  Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC

Address:  101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:  973.267.0220

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                            Case No. 19-21356-JKS
Altagracia Fermin                                                 Chapter 7
Jose Fermin
          Debtors                  CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 2           Date Rcvd: Sep 23, 2019
                             Form ID: pdf905        Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
db/jdb         +Altagracia Fermin,    Jose Fermin,    250 Maple Street,    Kearny, NJ 07032-2014
cr              American Express National Bank,    Becket & Lee, LLP,    PO Box 3001,    Malvern, PA  19355-0701
518347162       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518287613      +Amex/Bankruptcy,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518287616      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518287617      +Costco Anywhere Visa Card,    Attn: Bankruptcy,    Po Box 6500,    Sioux Falls, SD 57117-6500
518287618      +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518287619      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518287621      +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518287626      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518287630     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial Services,     Attn: Bankruptcy Dept,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518287629      +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2019 00:04:09      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2019 00:04:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 00:00:45
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
518287614      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 24 2019 00:00:49      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518287620      +E-mail/Text: cio.bncmail@irs.gov Sep 24 2019 00:03:22      IRS,    P.O Box 9012,
                 Holtsville, NY 11742-9012
518287622      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 24 2019 00:04:04      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518287627      +E-mail/Text: bkteam@selenefinance.com Sep 24 2019 00:03:14      Selene Finance,
                 Attn: Bankruptcy,    Po Box 422039,    Houston, TX 77242-4239
518289456      +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 00:00:20      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518287628      +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 00:00:22      Synchrony Bank/ Old Navy,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518287615*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518287623*     +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518287624*     +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518287625*     +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
                                                                                     TOTALS: 0, * 4, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2         User: admin              Page 2 of 2            Date Rcvd: Sep 23, 2019
                             Form ID: pdf905          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
          Carl G Zoecklein    on behalf of Joint Debtor Jose  Fermin cgzesq@optonline.net,  mcroy21@live.com
          Carl G Zoecklein    on behalf of Debtor Altagracia  Fermin cgzesq@optonline.net,  mcroy21@live.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity but solely as Owner Trustee for VRMTG Asset Trust. rsolarz@kmllawgroup.com
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```