Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.:  19–21356–JKS
                            Chapter:  7
                            Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Altagracia Fermin | Jose Fermin |
| 250 Maple Street | 250 Maple Street |
| Kearny, NJ 07032 | Kearny, NJ 07032 |

Social Security No.:
  xxx–xx–7335                                           xxx–xx–2704

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Steven P. Kartzman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 22, 2019</u>                 <u>John K. Sherwood</u>
                                              Judge, United States Bankruptcy Court